MC-275

Name MR. JESSIE TAYLOR
Address REG. NO. 78939-011
FDC - Dublin - 5601 - 8th Street
Camp Parks, Dublin, CA 94568
CDC or ID Number REG. NO. 78939-011

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
PO BOX 36060 (Court)
SAN FRANCISCO, CA 94102-3489

PETITION FOR WRIT OF HABEAS CORPUS

| MR. JESSIE TAYLOR |
|---|
| Petitioner |
| vs. |
| UNITED STATES OF AMERICA |
| Respondent |

No. C 07 5290 JF
(To be supplied by the Clerk of the Court)

FILED

## INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court [as amended effective January 1, 2007]. Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page 1 of 6

Form Approved for Optional Use
Judicial Council of California
MC-275 [Rev. January 1, 2007]

**PETITION FOR WRIT OF HABEAS CORPUS**

Penal Code, § 1473 at seq.;
Cal. Rules of Court, rule 8.380
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

MC-275

**This petition concerns:**

☐ A conviction    ☒ Parole

☐ A sentence    ☐ Credits

☐ Jail or prison conditions    ☐ Prison discipline

☐ Other (specify): _____

1. Your name: MR. JESSIE TAYLOR
2. Where are you incarcerated? FDC - Dublin
3. Why are you in custody?  ☒ Criminal Conviction  ☐ Civil Commitment

   Answer subdivisions a. through i. to the best of your ability.

   a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

   BANK ROBBERY AND CONSPIRACY

   b. Penal or other code sections: Section 4213, Title 18, USC
   c. Name and location of sentencing or committing court: Judge Leggs, United States District Court, 450 Golden Gate Ave, Suite 17-6884, PO Box 36057, San Francisco, CA. 94102-3487
   d. Case number: FBI No. 368189 R9
   e. Date convicted or committed: _____
   f. Date sentenced: _____
   g. Length of sentence: 20 years (Aggregate - Original) 2,778 days
   h. When do you expect to be released? From Parole Aug 3, 2009
   i. Were you represented by counsel in the trial court?  ☒ Yes  ☐ No. If yes, state the attorney's name and address:

   Robert Humphery Court Appointed Lawyer

4. What was the LAST plea you entered? (check one)

   ☒ Not guilty  ☐ Guilty  ☐ Nolo Contendere  ☐ Other: _____

5. If you pleaded not guilty, what kind of trial did you have?

   ☒ Jury  ☐ Judge without a jury  ☐ Submitted on transcript  ☐ Awaiting trial

MC–275

6. GROUNDS FOR RELIEF

**Ground 1:** State briefly the ground on which you base your claim for relief. For example, "the trial court imposed an illegal enhancement." *(if you have additional grounds for relief, use a separate page for each ground. State ground 2 on page four. For additional grounds, make copies of page four and number the additional grounds in order.)*

INEFFECTIVE ASSISTANCE OF COUNCIL

a. Supporting facts:
Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts upon which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is: *who* did exactly *what* to violate your rights at what time *(when)* or place *(where)*. *(If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)*

1) SHOULD HAVE MOVED TO BLOCK SEVERENCE OF CO-DEFENDANT IN THE CASE.

b. Supporting cases, rules, or other authority (optional):
*(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)*

N/A

7. Ground 2 or Ground 2 oF 2 (if applicable):  MC-275

PAROLE EXTENSION WAS EXTENTED WITH OUT DUE PROCESS AFFORDED BY THE COURTS.

a. Supporting facts:

PAROLE COMMISSION EXTEND ORGINAL PAROLE TERM WITHOUT ALLOWING DUE PROCESS HEARING OF THE COURT.

b. Supporting cases, rules, or other authority:

N/A

8. Did you appeal from the conviction, sentence, or commitment?  ☐ Yes.  ☒ No.  If yes, give the following information:
    a. Name of court ("Court of Appeal" or "Appellate Dept. of Superior Court"):

    b. Result _____  c. Date of decision: _____

    d. Case number or citation of opinion, if known: __N_____

    e. Issues raised: (1) ____A_____

        (2) _____

        (3) _____

    f. Were you represented by counsel on appeal?  ☐ Yes.  ☐ No. If yes, state the attorney's name and address, if known:

9. Did you seek review in the California Supreme Court?  ☐ Yes  ☒ No.  If yes, give the following information:

    a. Result _____  b. Date of decision: _____

    c. Case number or citation of opinion, if known: __N__
                                                       /A

    d. Issues raised: (1) _____

        (2) _____

        (3) _____

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal:
    INEFFECtIVE ASSIStANCE OF CouNCil

11. Administrative Review:
    a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See In re Muszalski (1975) 52 Cal.App.3d 500 [125 Cal.Rptr. 286].) Explain what administrative review you sought or explain why you did not seek such review:
    US DEPARtmENt of Justice APPEAl To United States PAROlE Commission

    b. Did you seek the highest level of administrative review available?  ☒ Yes.  ☐ No.
       Attach documents that show you have exhausted your administrative remedies.

MC–275

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or **issue** in any court? ☐ Yes. If yes, continue with number 13. ☒ No. If no, skip to number 15.

13. a. (1) Name of court: _____

   (2) Nature of proceeding (for example, "habeas corpus petition"): _____

   (3) Issues raised: (a) _____

   (b) _____

   (4) Result *(Attach order or explain why unavailable)*: N/A

   (5) Date of decision: _____

   b. (1) Name of court: _____

   (2) Nature of proceeding: _____

   (3) Issues raised: (a) _____

   (b) _____

   (4) Result *(Attach order or explain why unavailable)*: _____

   (5) Date of decision: _____

   c. For additional prior petitions, applications, or motions, provide the same information on a separate page.

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:

   N/A

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.)

   HAS BEEN DENIED FUNDS TO ENGAGE IN INVESTAGATOR TO SUPPORT MY DEFENSE ATTORNEY DID NOT REQUEST THESE FUNDS DESP. TO MY REQUESTS

16. Are you presently represented by counsel? ☒ Yes. ☐ No. If yes, state the attorney's name and address, if known.

   MS. ROBIN PACKEL PAROLE ATTORNEY & MR. BARRY J. PORTMAN FEDERAL PUBLIC DEFENDER

17. Do you have any petition, appeal, or other matter pending in any court? ☒ Yes. ☐ No. If yes, explain:

   PAROLE VIOLATION SENTENCING HEARING IN OAKLAHOMA CITY OKLAHOMA

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:

   NONE

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: 10/10/07    ▶ *Jessie Taylor*
(SIGNATURE OF PETITIONER)

MC-275 [Rev January 1, 2007]    **PETITION FOR WRIT OF HABEAS CORPUS**    Page 6 of 6