10/22/07

TO: Clerk —

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

JESSIE JAMES TAYLOR
VS
US PAROLE COMMISSION
Et al

WRIT OF HABEAS CORPUS
NO: C 07 5290 JF

Please change my address to the following:

JESSIE JAMES TAYLOR
℅ PAMELA KALI
9424 THERMAL ST.
OAKLAND CALIFORNIA
9465

MR. JESSIE JAMES TAYLOR

*Jessie Taylor* (signature)