\*\*E-Filed 11/13/07\*\*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JESSIE TAYLOR,<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Civ. Case No. C 07-05290 JF<br><br>ORDER DIRECTING UNITED STATES TO RESPOND TO § 2255 MOTION |

Petitioner, a prisoner in federal custody, has filed a Motion to Vacate, Set Aside or Modify Sentence pursuant to 28 U.S.C. § 2255. IT IS ORDERED as follows:

    (1)    The Clerk of the Court shall (a) serve a copy of the Motion and a copy of this Order upon counsel for Respondent, the Office of the United States Attorney, Northern District of California and (b) serve a copy of this Order on Petitioner.

    (2)    Respondent shall, in writing and within thirty (30) days after receiving this Order, file an opposition to the Motion showing cause why the Motion should not be granted.

    (3)    Petitioner may file a reply within twenty (20) days after receiving the opposition.

    (4)    Unless otherwise ordered by the Court, the matter will be deemed submitted upon the filing of the reply or upon the expiration of time to file a reply.

1
2
3  DATED: November 13, 2007
4
5                                              _____
6                                              JEREMY FOGEL
                                               United States District Judge
7
8
...
28

2

Case No.  C 07-05290 JF
ORDER DIRECTING UNITED STATES TO RESPOND TO § 2255 MOTION
(JFEX2)

Copies of Order served on the following persons:

Plaintiff:

Jessie Taylor
c/o Pamela Kali
9424 Thermal Street
Oakland, CA 94605

Counsel for Defendants:

Office of the United States Attorney
150 Almaden Blvd., Suite 900
San Jose, CA 95113

3

Case No.  C 07-05290 JF
ORDER DIRECTING UNITED STATES TO RESPOND TO § 2255 MOTION
(JFEX2)