**E-filed 12/4/07**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| JESSIE TAYLOR, | Case Number C-07-5290-JF |
| Plaintiff, | ORDER REFERRING CASE TO BE REASSIGNED TO SAN FRANCISCO DIVISION |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The above named matter stems from Criminal Case 85-00929-CAL originally assigned to Judge Charles A. Legge in the San Francisco Division of the United States District Court. Pursuant to General Order 44 this case is hereby referred to the reassignment committee for purposes of reassigning the matter to the San Francisco Division of the United States District Court.

DATED: _____12/4/07_____

_____
JEREMY FOGEL
United States District Judge