UNITED STATES DISTRICT COURT
Northern District of California
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
408.535.5364

**December 5, 2007**

**CASE NUMBER: CV 07-05290 JF**
**CASE TITLE: JESSIE TAYLOR-v-USA**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division. Case assigned to the **Honorable Phyllis J. Hamilton** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **PJH** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 12/04/07

FOR THE EXECUTIVE COMMITTEE:

_____  
Richard W. Wieking  
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies            Special Projects  
Log Book Noted                           Entered in Computer 12/05/07 tsh

CASE SYSTEMS ADMINISTRATOR:

Copies to: All Counsel                    Transferor CSA