UNITED STATES PAROLE COMMISSION

# CERTIFICATE

I, Helen H. Krapels, Assistant General Counsel in the Office of General Counsel for the United States Parole Commission, with offices at 5550 Friendship Boulevard, Chevy Chase, Maryland 20815, hereby certify that the attached exhibits are true copies of documents found in the U.S. Parole Commission's file pertaining to Taylor, Jessie James, Federal Register Number 78939-011.

IN WITNESS WHEREOF, I have signed this 4th day of January, 2008, and affixed the seal of the U.S. Parole Commission.



HELEN H. KRAPELS
Assistant General Counsel
U.S. Parole Commission

# EXHIBIT A

```
5H      PAR8J   540*23  *       SENTENCE MONITORING        *      05-05-2006
PAGE 001                *       COMPUTATION DATA           *      11:27:20
                                AS OF 11-02-2005

REGNO..: 78939-011  NAME: TAYLOR, JESSIE JAMES


FBI NO............: 368189R9              DATE OF BIRTH: 12-21-1958
ARS1..............: CSC/PAROLE
UNIT..............:                        QUARTERS.....:
DETAINERS.........: NO                     NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 06-16-2005

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  11-02-2005 VIA PAROLE

------------------------PRIOR JUDGMENT/WARRANT NO: 020 ------------------------

COURT OF JURISDICTION............: CALIFORNIA, NORTHERN DISTRICT
DOCKET NUMBER....................: CR85-0929 CAL
JUDGE............................: LEGGE
DATE SENTENCED/PROBATION IMPOSED: 04-18-1986
DATE WARRANT ISSUED..............: 08-27-1998
DATE WARRANT EXECUTED............: 12-26-2001
DATE COMMITTED...................: 03-07-2003
HOW COMMITTED....................: RETURN OF MAND RELEASE VIOL
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:


RESTITUTION...: PROPERTY:  NO   SERVICES:  NO        AMOUNT: $00.00

------------------------PRIOR OBLIGATION NO: 010 ------------------------
OFFENSE CODE....: 551
OFF/CHG: ORIGINAL-18:2113(A)-BANK ROBBERY & 18:371-CONSPIRACY/FRAUD
         CURRENT - MANDATORY RELEASE VIOLATOR

 SENTENCE PROCEDURE..............: 4205(A) REG ADULT-ORIG TERM GRTR THAN 1YR
 SENTENCE IMPOSED/TIME TO SERVE.:    20 YEARS
 NEW SENTENCE IMPOSED............: 2778 DAYS
 BASIS FOR CHANGE................: MAND REL VIOLATOR WARRANT EXEC
 DATE OF OFFENSE.................: N/A




G0002        MORE PAGES TO FOLLOW . . .
```

EXHIBIT A

```
5H     PAR8J   540*23 *         SENTENCE MONITORING          *    05-05-2006
PAGE 002        *               COMPUTATION DATA             *    11:27:20
                                AS OF 11-02-2005

REGNO..: 78939-011 NAME: TAYLOR, JESSIE JAMES


-------------------------PRIOR COMPUTATION NO: 020 -------------------------

COMPUTATION 020 WAS LAST UPDATED ON 11-02-2005 AT CSC AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 020:   020 010

DATE COMPUTATION BEGAN..........: 12-26-2001
TOTAL TERM IN EFFECT............: 2778 DAYS
TOTAL TERM IN EFFECT CONVERTED..:      7 YEARS       7 MONTHS        9 DAYS

TOTAL JAIL CREDIT TIME..........: 0
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 10
TOTAL SGT POSSIBLE..............: 913
PAROLE ELIGIBILITY..............: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE..........: 02-02-2007
TWO THIRDS DATE.................: 01-20-2007
180 DAY DATE....................: 02-04-2009
EXPIRATION FULL TERM DATE.......: 08-03-2009

PAROLE EFFECTIVE................: 11-02-2005
PAROLE EFF VERIFICATION DATE....: 10-14-2005
NEXT PAROLE HEARING DATE........: N/A
TYPE OF HEARING.................: PAROLE EFFECTIVE

ACTUAL SATISFACTION DATE........: 11-02-2005
ACTUAL SATISFACTION METHOD......: PAROLE
ACTUAL SATISFACTION FACILITY....: CSC
ACTUAL SATISFACTION KEYED BY....: EMS

DAYS REMAINING..................: 1370
FINAL PUBLIC LAW DAYS...........: 0

REMARKS.......: NOA DATED 01-09-2003: REVOKE MAND RELEASE. NONE OF TIME SPENT
                ON MAND REL SHALL BE CREDITED. CONT TO PRESUMP PAROLE 11-2-05
                NOA DATED 05-24-2005 : NO CHANGE IN PRESUMPTIVE PAROLE DATE OF
                11-02-2005 AND PAROLE EFFECTIVE 11-02-2005.




G0002          MORE PAGES TO FOLLOW . . .
```

```
5H    PAR8J  540*23 *          SENTENCE MONITORING         *     05-05-2006
PAGE 003            *          COMPUTATION DATA            *     11:27:20
                               AS OF 02-27-1998
```

REGNO..: 78939-011 NAME: TAYLOR, JESSIE JAMES

```
FBI NO............: 368189R9           DATE OF BIRTH: 12-21-1958
ARS1..............: CSC/PAROLE
UNIT..............:                    QUARTERS.....:
DETAINERS.........: NO                 NOTIFICATIONS: NO
```

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  02-27-1998 VIA MAND REL

------------------------PRIOR JUDGMENT/WARRANT NO: 010 ------------------------

```
COURT OF JURISDICTION............: CALIFORNIA, NORTHERN DISTRICT
DOCKET NUMBER....................: CR85-0929 CAL
JUDGE............................: LEGGE
DATE SENTENCED/PROBATION IMPOSED: 04-18-1986
DATE WARRANT ISSUED..............: N/A
DATE WARRANT EXECUTED............: N/A
DATE COMMITTED...................: 05-13-1986
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:

                 FELONY ASSESS   MISDMNR ASSESS   FINES        COSTS
NON-COMMITTED.:  $100.00         $00.00           $00.00       $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO         AMOUNT:  $00.00
```

-------------------------PRIOR OBLIGATION NO: 010 ------------------------
OFFENSE CODE....: 551
OFF/CHG: BANK ROBBERY, 18 USC 2113(A)

```
 SENTENCE PROCEDURE..............: 4205(A) REG ADULT-ORIG TERM GRTR THAN 1YR
 SENTENCE IMPOSED/TIME TO SERVE.:   20 YEARS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CC
```

G0002      MORE PAGES TO FOLLOW . . .

```
5H      PAR8J   540*23 *            SENTENCE MONITORING            *     05-05-2006
PAGE 004           *                COMPUTATION DATA               *     11:27:20
                                    AS OF 02-27-1998

REGNO..: 78939-011 NAME: TAYLOR, JESSIE JAMES


------------------------------PRIOR OBLIGATION NO: 020 --------------------------
OFFENSE CODE....:  153
OFF/CHG: CONSPIRACY/FRAUD, 18 USC 371

 SENTENCE PROCEDURE.............: 4205(A) REG ADULT-ORIG TERM GRTR THAN 1YR
 SENTENCE IMPOSED/TIME TO SERVE.:    5 YEARS
 RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: CC

------------------------------PRIOR COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 02-26-1998 AT PEK AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:   010 010, 010 020

DATE COMPUTATION BEGAN..........: 04-18-1986
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 10
TOTAL TERM IN EFFECT............:   20 YEARS
TOTAL TERM IN EFFECT CONVERTED..:   20 YEARS

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    10-07-1985    04-17-1986

TOTAL JAIL CREDIT TIME..........: 193
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 10
TOTAL SGT POSSIBLE..............: 2400
PAROLE ELIGIBILITY..............: 06-07-1992
STATUTORY RELEASE DATE..........: 03-12-1999
TWO THIRDS DATE.................: 02-05-1999
180 DAY DATE....................: 04-09-2005
EXPIRATION FULL TERM DATE.......: 10-06-2005




G0002         MORE PAGES TO FOLLOW . . .
```

```
5H      PAR8J  540*23 *           SENTENCE MONITORING        *    05-05-2006
PAGE 005 OF 005 *                  COMPUTATION DATA           *     11:27:20
                                  AS OF 02-27-1998

REGNO..: 78939-011 NAME: TAYLOR, JESSIE JAMES


NEXT PAROLE HEARING DATE........: N/A
TYPE OF HEARING.................: WAIVED

ACTUAL SATISFACTION DATE........: 02-27-1998
ACTUAL SATISFACTION METHOD......: MAND REL
ACTUAL SATISFACTION FACILITY....: PEK
ACTUAL SATISFACTION KEYED BY....: ADD

DAYS REMAINING..................: 2776
FINAL PUBLIC LAW DAYS...........: 2






S0039       ALL CURRENT COMPS ARE SATISFIED
```