# EXHIBIT B

U.S. Department of Justice  
United States Parole Commission  
Chevy Chase, MD 20815

NOTICE OF ACTION

PAROLE FORM H-7  
AUG. 85

NAME: TAYLOR, Jessie James

REGISTER NUMBER: 78939-011     INSTITUTION: USP Lompoc

In the case of the above-named, the following parole action was ordered:

Continue to Expiration, with the special drug aftercare condition, and you shall abstain from the use of alcohol and/or all other intoxicants both during and after completion of any treatment programs.

---

(REASONS/CONDITIONS)

Your offense behavior has been rated as Category Seven severity because it involved multiple separate offenses including at least 5 bank robberies.

Your salient factor score is 9. You have been in federal custody a total of 77 months. Guidelines established by the Commission indicate a range of 100-148 months to be served before release for cases with good institutional adjustment and program achievement. In addition, you have committed rescission behavior classified as ADMINISTRATIVE. Guidelines established by the Commission indicate a range of up to 2 months per non-drug related infraction; and 8 months per drug related infraction. You have committed 3 non-drug related infraction(s), and 1 drug related infraction(s). Your aggregate guideline range is 100-162 months to be served. After review of all relevant factors and information presented, a decision outside the guidelines at this consideration is not found warranted.

As required by law, you have also been scheduled for a statutory interim hearing during March 1994.

---

SALIENT FACTOR SCORE (SFS-81): Your individual salient factor score items have been computed as shown below. For an explanation of the salient factor score items, see reverse side of this form.

ITEM A [0]; B [0]; C [0(x)*]; D [0]; E [0]; F [0]; TOTAL SCORE [0]

---

APPEALS PROCEDURE: You may appeal a decision to the National Appeals Board under 28 CFR 2.26.

---

March 25, 1992     SOUTH CENTRAL     VICTOR M. F. REYES  
(DATE)             (REGION)          (COMMISSIONER)       (DOCKET CLERK)

EXHIBIT B

( ) INMATE    ( ) PROBATION OFFICER    ( ) INSTITUTION    ( ) ASM    ( ) COMMISSION    ( ) FOIA