# EXHIBIT C

**U.S. Department of Justice**
United States Parole Commission
Chevy Chase, MD 20815

# NOTICE OF ACTION ON APPEAL

NAME            TAYLOR, Jessie J.

REGISTER NUMBER     78939-011            INSTITUTION    USP, Lompoc

NATIONAL APPEALS BOARD/FULL COMMISSION: *The appeal by the above-named has been carefully examined by the National Appeals Board/Full Commission and the following has been ordered:*

Affirmation of the previous decision. Previous reasons given are modified.

**REASONS:**

Your salient factor score is 0. You have been in federal custody a total of 80 months. Guidelines established by the Commission indicate a range of 100-148 months to be served before release for cases with good institutional adjustment and program achievement. In addition, you have committed rescission behavior classified as administrative. Guidelines established by the Commission indicate a range of up to 2 months per non-drug related infraction; and 8 months per drug related infraction. You have committed 3 non-drug related infraction(s), and 1 drug related infraction. You aggregate guideline range is 100-162 months to be served. After review of all relevant factors and information presented, a decision outside the guidelines at this consideration is not found warranted.

**NOTES:**

A decision outside the guideline range was not imposed in your case. A clerical error was made regarding your salient factor score. Your salient score is zero and not nine. Therefore, based on a category rating of seven and a salient factor score of zero, your guideline range is 100-148 months. This guideline range was aggregated by an additional 0-14 months. Thus, your aggregated guideline range is correct as 100-162 months to be served.

In response to your claim that the Commission did not follow correct procedures in deciding your case, the record indicates the contrary.

All relevant factors have been considered and no new or significant information is presented which would justify a more lenient decision.

EXHIBIT
C

*All decisions by the National Appeals Board/Full Commission on appeal are final.*

June 29, 1992                    X                                          1c

(Date of Notice)      (National Appeals Board)    (Full Commission)    (Docket Clerk)

( ) Inmate        ( ) Institution      ( ) U.S. Probation Officer    (✓) Commission       ( ) FOIA

PAROLE FORM H-29
JUL. 85