# EXHIBIT D

**U.S. Department of Justice**
United States Parole Commission



( XXX ) **Certificate of Mandatory Release**
( ) **Certificate of Mandatory Release to Special Parole**
( ) **Certificate of Special Parole**
( ) **Certificate of Court Designated Parole**

It is certified that TAYLOR, Jessie                               . 78939-011
_____(Name)_____        _____(Register No.)_____

now confined in the FCI Pekin, Illinois
_____(Facility)_____

(XX)  **MANDATORY**    is entitled to 277 **6** _____ Statutory and/or Extra Good Time deductions from the maximum term of sentence imposed
      **RELEASE**       as provided by law. and is hereby released from this institution under said sentence on 2/27/98(2 P/L days) _____ .
                        Said person was released by the undersigned according to Title 18, U.S.C. Section 4163. Upon release the above named person is to remain
                        under the jurisdiction of the United States Parole Commission. as if on parole as provided in Title 18, U.S.C. Section 4164, as amended
                        under the conditions set forth on the reverse side of this certificate. and is subject to such conditions until expiration of the maximum term,
                        or terms of sentence. less 180 days on 04-09-2005 _____ ,19 _____ with a total of 277 **6** _____ days
                        remaining to be served.

( )   **SPECIAL**      is subject to a special parole term commencing _____ , 19 _____ in accordance with the Drug Abuse Prevention
      **PAROLE**        and Control Act, 21 U.S.C. 801. et seq. with a total of _____ days remaining to be served. Upon release the above-named person is
                        to remain under the jurisdiction of the United States Parole Commission and will be under the conditions set forth on the reverse side of
                        this certificate until _____ , 19 _____ .

( )   **COURT**        has completed service of the period of time specified by the sentencing court and is hereby released as if on parole from this institution
      **DESIGNATED**    under said sentence on _____ , 19 _____ with a total of _____ days
      **PAROLE**        remaining to be served until maximum expiration of sentence. Said person is released by the undersigned according to Title 18, U.S.C. Sec-
                        tion 4205 (f).

He/she is to remain within the limits of Northern District of California
_____(District of Supervision)_____

Loren A. N. Buddress, CUSPO
_____(Chief U.S. Probation Officer)_____

This certificate in no way lessens the obligations of the person being released to satisfy payment of any fine included in the sentence, nor will it prevent delivery of said person
to authorities of any state otherwise entitled to custody.

I have read, or had read to me, the conditions of release printed on the reverse of this certificate and received a copy thereof, I fully understand them and know that if I violate
any of them. I may be recommitted. I also understand that the law requires the Parole Commission to revoke my parole/mandatory release if I am found by the Commission to
have possessed any illegal controlled substance. I also understand that special conditions may be added or modifications of any condition may be made by the United States Parole
Commission upon notice required by law.

TAYLOR, Jessie  _____              78939-011
_____(Inmate Signature)_____     EXHIBIT

Witnessed: _____
           CASE MANAGER
           _____(Title)_____              2-24-98
                                                _____(Date)_____

           _____
           (for) Chief Executive Officer         Initial Risk Category: _____

                                                FCI Pekin, Illinois 2600 S. Second St.
                                                _____(Institution and Location)_____
                                                Pekin, IL 61554

Printed on Recycled Paper

**EACH COPY MUST BE SIGNED INDIVIDUALLY IN INK.**

PAROLE FORM I-33
JAN 90