# EXHIBIT E

# WARRANT

**U.S. Department of Justice**
United States Parole Commission

---

**To Any Federal Officer Authorized To Serve Criminal Process Within The United States:**

WHEREAS, Taylor, Jessie James, Reg. No. 78939-011 was sentenced by the United States District Court to serve a sentence of 20 years (aggregate) for the crime of Bank Robbery and Conspiracy/Fraud and was on February 27, 1998 released in accordance with Sec. 4163, Title 18, U.S.C. (Mandatory Release) from Pekin FCI with 2,776 days remaining to be served;

AND, WHEREAS, reliable information has been presented to the undersigned Member of this Commission that said released prisoner named in this warrant has violated one or more conditions of his release;

NOW, THEREFORE, this is to command you by authority of Sec. 4213, Title 18, U.S.C., to execute this warrant by taking the above-named, wherever found in the United States, and hold him in your custody either until he is released by order of the Parole Commission, or until you are authorized to transport him for further custody.

WITNESS my hand and the seal on August 27, 1998.

_____
U.S. Parole Commissioner


EXHIBIT E