# EXHIBIT H

U.S. Department of Justice                              Notice of Action
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201

---

Name: TAYLOR, Jessie                           Institution: Dublin FCI

Register Number: 78939-011

---

In the case of the above named the following parole action was ordered:

### Local Revocation

Revoke Mandatory Release. None of the time spent on Mandatory Release shall be credited. The Commission has considered the mitigating circumstances brought forth at your revocation hearing and has determined in its discretion that forfeiture of all street time is warranted under the circumstances. Continue to a presumptive parole after the service of 60 months (11-02-2005).

### FINDINGS OF FACT:

The Commission finds as a fact that you violated the condition of release as indicated below:

Charge No. 1 - Failure to Report Change in Employment.

Basis: Your admission at the Revocation Hearing and USPO Messner's violation report of 08-21-1998 and testimony at the Revocation Hearing.

Charge No. 2 - Failure to Submit Supervision Reports.

Basis: Your admission at the Revocation Hearing and USPO Messner's violation report of 08-21-1998 and testimony at the Revocation Hearing.

Charge No. 3 - Failure to Report Change in Residence.

Basis: Your admission at the Revocation Hearing and USPO Messner's violation report of 08-21-1998 and testimony at the Revocation Hearing.

Charge No. 4 - (A) Attempted Robbery, (B) Attempted Grand Theft.

Basis: Police report dated 09-10-1998, Oakland Police Officer Whent testimony at the Revocation Hearing, your conviction in Alameda County Superior Court on 01-20-1999 for attempted grand theft and testimony of Geraldine Miller at the preliminary hearing.

EXHIBIT

### REASONS:

Your Mandatory Release violation behavior has been rated as Category Five severity because it involved both criminal and administrative violations, specifically: Attempted Robbery. Your new salient factor score is 1. As of your hearing date of 12-13-2002, you have been in both federal and

---

Date: January 9, 2003                                                          Clerk: MDD

BOP-Dublin FCI                        Page 1 of 3                              TAYLOR.789

state custody for 25 months. Guidelines established by the Commission indicate a customary range of 60-72 months to be served before release. After review of all relevant factors and information presented, a decision outside the guidelines at this consideration is not found warranted.

As required by law, you have been scheduled for a statutory interim hearing during December 2004.

**Appeals Procedure:**
The above action is appealable to the National Appeals Board under 28 C.F.R. 2.26.

You may obtain appeal forms from your caseworker or supervising officer and they must be filed with the Commission within thirty days of the date this Notice was sent. Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others, if you so wish.

See the attached sheet for an explanation of the Salient Factor Score and your item individual points.

cc:   Robin Packel
      Assistant Federal Public Defender, N/CA
      1301 Clay Street, Room 200-C
      Oakland, CA 94612

      U.S. Probation Office
      Northern District of California
      1301 Clay Street
      Suite 220-S
      Oakland, CA 94612-5206

Date: January 9, 2003                                                         Clerk: MDD

**BOP-Dublin FCI**                         Page 2 of 3                        TAYLOR.789

| Your Pts | SFS-98 Item Explanations |
|---|---|
| 0 | A - Prior convictions/adjudications (adult or juvenile) None = 3; One = 2;Two or three = 1; Four or more = 0 |
| 0 | B - Prior commitments of more than 30 days (adult or juvenile) None = 2;One or two = 1; Three or more = 0 |
| 1 | C - Age at commencement of the current offense/prior commitments of more than thirty days (adult or juvenile) (see table below for an explanation) |
| 0 | D - Recent commitment free period (three years) No prior commitment of more than thirty days (adult or juvenile), or released to the community from last such commitment at least three years prior to the commencement of the current offense = 1; Otherwise = 0 |
| 0 | E - Probation/parole/confinement/escape status violator this time Neither on probation, parole, confinement, or escape status at the time of the current offense; nor committed as a probation, parole, confinement or escape status violator this time = 1; Otherwise = 0 |
| 0 | F - Older offenders If the offender was 41 years or more at the commencement of the current offense (and the total score from Items A-E above is 9 or less) =1; Otherwise = 0 |
| 1 | Total Salient Factor Score (SFS-98) (sum of points for A - F above) |

| Points For SFS-98 Item C | | | |
|---|---|---|---|
| Age | Prior Commitments | | |
| | 0-3 | 4 | 5+ |
| 26 & Up | 3 | 2 | 1 |
| 22-25 | 2 | 1 | 0 |
| 20-21 | 1 | 0 | 0 |
| 0-19 | 0 | 0 | 0 |

---

Date: January 9, 2003                                                                                         Clerk: MDD

**BOP-Dublin FCI**                                     Page 3 of 3                                        TAYLOR.789