# EXHIBIT I

Case 3:07-cv-05290-PJH    Document 12-10    Filed 01/09/2008    Page 1 of 4

U.S. Department of Justice  
United States Parole Commission  
5550 Friendship Boulevard  
Chevy Chase, Maryland 20815-7201

Notice of Action

| | |
|---|---|
| Name: TAYLOR, Jessie | Institution: Dublin FCI |
| Register Number: 78939-011 | Date: October 16, 2003 |

In the case of the above-named, the following parole action was ordered:

### Correct Notice of Action Dated 01-09-2003 to Read:

#### Local Revocation

Revoke mandatory release. None of the time spent on mandatory release shall be credited. The Commission has considered the mitigating circumstances brought forth at your revocation hearing and has determined in its discretion that all of all street time is warranted under the circumstances.

**Time spent in confinement from 10-03-2001 to 12-25-2001 is to be credited toward service of maximum sentence.**

Continue to a presumptive re-parole (11-02-2005) after service of 60 months. This presumptive parole date is conditioned upon your maintaining good institutional conduct and the development of a suitable release plan. The Commission will conduct a pre-release record review up to 9 months prior to the presumptive parole date to ascertain that these conditions have been fulfilled. In order to complete this review, the Case Manager should submit an updated Progress Report to the Commission 10 months prior to the presumptive parole date. If there have been Disciplinary Reports since the Commission's last review, they should be attached to the Progress Report for the Commission's consideration. If the Commission has requested that a current psychological or psychiatric report be prepared for this review, it also should be attached.

**FINDINGS OF FACT:**

The Commission finds as a fact that you violated conditions of release as charged as indicated below:

Charge No. 1 - Failure to Report Change in Employment

Basis: Your admission at the Revocation Hearing and USPO Messner's violation report of 08-21-1998 and testimony at the Revocation Hearing.

Charge No. 2 - Failure to Submit Supervision Reports

Basis: Your admission at the Revocation Hearing and USPO Messner's violation report of 08-21-1998 and testimony at the Revocation Hearing.

EXHIBIT I

Charge No. 3 - Failure to Report Change in Residence

---

Basis: Your admission at the Revocation Hearing and USPO Messner's violation report of 08-21-1998 and testimony at the Revocation Hearing.

Charge No. 4 - Law Violations: (a) Attempted Robbery; (b) Attempted Grand Theft

Basis: Police report dated 09-10-1998, Oakland Police Officer Whent testimony at the Revocation Hearing, your conviction in Alameda County Superior Court on 01-20-1999 for Attempted Grand Theft and testimony of Geraldine Miller at the preliminary hearing.

**REASONS**:

Your mandatory release violation behavior has been rated as criminal conduct of Category Five severity because it involved Attempted Robbery and administrative violations. Your salient factor score is 1. See the attached sheet for an explanation of your individual Salient Factor Score items. The table at the bottom presents the points for Salient Factor Score Item C. As of your hearing date of 12-13-2002, you have been in confinement as a result of your violation behavior for a total of 25 month(s). Guidelines established by the Commission indicate a customary range of 60-72 months to be served before release. After review of all relevant factors and information, a departure from the guidelines at this consideration is not warranted.

In addition, you have also been scheduled for a statutory interim hearing during December 2004.

The above decision is appealable to the National Appeals Board pursuant to 28 C.F.R. 2.26.

You may obtain appeal forms from your caseworker or U.S. Probation Officer and they must be filed with the Commission within thirty days of the date this Notice was sent.

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

cc:   U.S. Probation Office
      Northern District of California
      1301 Clay Street
      Suite 220-S
      Oakland, CA  94612-5206

      Robin Packel
      Federal Public Defenders Office
      Northern District of California
      1301 Clay Street
      Room 200C
      Oakland, CA  94612

### SALIENT FACTOR SCORE (SFS-98)

| Your Pts | Salient Factor Score (SFS-98) Item Explanations |
|---|---|
| 0 | **A** - Prior convictions/adjudications (adult or juvenile) None = 3; One = 2; Two or three = 1; Four or more = 0 |
| 0 | **B** - Prior commitments of more than thirty days (adult or juvenile) None = 2; One or two = 1; Three or more = 0 |
| 1 | **C** - Age at commencement of the current offense/prior commitments of more than thirty days (adult or juvenile) (see table below for an explanation) |
| 0 | **D** - Recent commitment free period (three years)<br>No prior commitment of more than thirty days (adult or juvenile), or released to the community from last such commitment at least three years prior to the commencement of the current offense = 1; Otherwise = 0 |
| 0 | **E** - Probation/parole/confinement/escape status violator this time<br>Neither on probation, parole, confinement, or escape status at the time of the current offense; nor committed as a probation, parole, confinement or escape status violator this time = 1; Otherwise = 0 |
| 0 | **F** - Older offenders<br>If the offender was 41 years or more at the commencement of the current offense (and the total score from Items A-E above is 9 or less) = 1; Otherwise = 0 |
| 1 | **Salient Factor Score (SFS-98)** (sum of points for A-F above) |



Points For SFS Item C

| Age | Prior Commitments | | |
|---|---|---|---|
|  | 0-3 | 4 | 5+ |
| 26 & Up | 3 | 2 | 1 |
| 22-25 | 2 | 1 | 0 |
| 20-21 | 1 | 0 | 0 |
| 0-19 | 0 | 0 | 0 |

---

TAYLOR 78939-011                                              -3-                                     Clerk:   MDD
Queued: 10-16-2003 11:15:55 BOP-Dublin FCI | USPO-Northern District of California, Oakland | FPD-Northern District of California, Oakland |