# EXHIBIT K

U.S. Department of Justice
United States Parole Commission

## CERTIFICATE OF PAROLE

Having determined that (1) Taylor, Jessie, Register No. 78939-011, (the "inmate") is eligible for parole; (2) the inmate has substantially observed institutional rules; and (3) the inmate's release would not depreciate the seriousness of the offense, promote disrespect for the law, or jeopardize the public welfare, the United States Parole Commission (the "Commission") ORDERS that the inmate be paroled on November 2, 2005 and remain under parole supervision through August 3, 2009. The conditions listed in this certificate apply during the inmate's parole supervision.

Given under the hand and the seal of the Commission on October 11, 2005.

UNITED STATES PAROLE COMMISSION

By: Dawn M. Booze-Hill, Case Services Technician

Initial Risk Category: SFS #1
Chief U.S. Probation Officer: Debra K. Aarsmundstad, Northern District of California

### ACKNOWLEDGMENT OF CONDITIONS

I have read, or had read to me, the conditions that are listed on this CERTIFICATE OF PAROLE. I have received a copy of this CERTIFICATE OF PAROLE. I fully understand the conditions that have been imposed upon me and know that if I violate any of those conditions I may be sent back to prison.

### CONSENT TO DISCLOSURE OF DRUG/ALCOHOL TREATMENT INFORMATION

By signing this CERTIFICATE OF PAROLE, I consent to unrestricted communication between any facility administering a drug or alcohol treatment program in which I am or will be participating, on the one hand, and the Commission and the office responsible for supervising me, on the other hand. I consent to disclosure by such facility to the Commission and the office responsible for supervising me of any information requested related to my supervision, and the disclosure by the Commission and the office supervising me to any agency that requires such information for the performance of an official duty. This consent is irrevocable until the end of parole supervision.

Name: TAYLOR, Jessie James                                   Reg. No. 78939-011

Witnessed: Magdalene Halley, Case Manager    Date: 11/2/2005

The above-named person was released on the 2nd day of November, 20 05 with a total of 1370 days remaining to be served.

Queued: 10-11-2005 16:27:41 BOP-Victorville FCI | USPO-Northern District of California, Oakland |

EXHIBIT K