# EXHIBIT L

# WARRANT

**U.S. Department of Justice**
**United States Parole Commission**

```
US PAROLE
JUL 2 7 2007
COMMISSION
```

**To Any Federal Officer Authorized to Serve Criminal Process Within the United States:**

WHEREAS, Taylor, Jessie James, Reg. No. 78939-011, was sentenced by the United States District Court to serve a sentence of 20 years (Aggregate - Original); 2,778 days (Mandatory Release Violation Term) for the crime of Bank Robbery and Conspiracy and was on November 2, 2005 released on parole from Cornell Corrections - Oakland with 1,370 days remaining to be served;

AND, WHEREAS, reliable information has been presented to the undersigned Member of this Commission that said released prisoner named in this warrant has violated one or more conditions of his release;

NOW, THEREFORE, this is to command you by the authority of Section 4213, Title 18, U.S.C., to execute this warrant by taking the above-named, wherever found in the United States, and hold him in your custody either until he is released by order of the Parole Commission, or until you are authorized to transport him for further custody.

WITNESS my hand and the seal on May 5, 2006

_____
U.S. Parole Commissioner



**Taylor, Jessie James**
**Reg. No. 78939-011**

**WARRANT For Return Of Prisoner Released To Supervision Or To Special Parole Term**

Name: Taylor, Jessie James                                     Institution: Cornell Corrections-Oakland
Reg. No. 78939-011

## UNITED STATES MARSHAL'S RETURN TO UNITED STATES PAROLE COMMISSION

NOTE: Do not execute this warrant if the subject is being held in custody on other federal, state or local charges, unless otherwise ordered by the Commission. (See instructions on accompanying memorandum.)

__NORTHERN__ District of __CALIFORNIA__ ss:

Received this writ the __6TH__ day of __MAY__, 20__06__, and executed same by arresting the within-named _____

this __29TH__ day of __JUNE__, 20__07__, at __OAKLAND, CA__ and committing him to __FDC__

_F. ROCHA_
U.S. Marshal

_Jeff Seanis_
Deputy Marshal

Further executed same by committing him to _____
at _____ on _____, 20_____, the institution designated by the Attorney General, with the copy of the warrant and warrant application.

_____
U.S. Marshal

_____
Deputy Marshal

NOTE: The original of this warrant is to be returned to the U.S. Parole Commission, 5550 Friendship Boulevard, Chevy Chase, Maryland 20815.

**ACKNOWLEDGEMENT OF SERVICE:**

I have received a copy of the warrant application dated _____

_____          _____
Prisoner's Signature                          Date

*(If prisoner refuses to sign, Marshal should so indicate.)*

Taylor, Jessie James
Reg. No. 78939-011