# EXHIBIT M

U.S. DEPARTMENT OF JUSTICE                                                    WARRANT APPLICATION
UNITED STATES PAROLE COMMISSION

---

| | | | |
|---|---|---|---|
| Name | Taylor, Jessie James | | |
| Reg. No | 78939-011 | Date | May 5, 2006 |
| FBI No | 368 189 R9 | Parole Termination Date | August 3, 2009 |
| Birth Date | December 21, 1958 | Violation Date | April 17, 2006 |
| Race | Black | Released | November 2, 2005 |
| Sentence Length | 20 years (Aggregate - Original); 2,778 days (Mandatory Release Violation Term) | | |
| Original Offense | Bank Robbery and Conspiracy | | |

You shall, unless you have been convicted of a new offense, be given a preliminary interview by an official designated by a Parole Commissioner to determine if there is probable cause to believe that you have violated the conditions of your release, and if so, whether to release you or hold you for a revocation hearing.

At your preliminary interview and any subsequent revocation hearing you may present documentary evidence and voluntary witnesses on your behalf, and, if you deny the charge(s) against you, you may request the presence of those who have given information upon which the charges are based. Such witnesses will be made available for questioning unless good cause is found for their non-appearance.

You may be represented by an attorney or other representative of your choice, or, if you are unable to pay for counsel, an attorney will be provided by the U.S. District Court if you will fill out and promptly return a Form CJA-22 to a U.S. Probation Officer.

If, after a revocation hearing, you are found to have violated the conditions of your release the Commission may: (1) restore you to supervision, and, if appropriate, (a) reprimand you; (b) modify your conditions of supervision; or (c) refer you to a residential community treatment center for the remainder of your sentence; or (2) revoke your parole or mandatory release, in which case the Commission will also decide when to consider you for further release.

If you have been convicted of a new offense (committed while on parole) which is punishable by a term of imprisonment, you will not receive sentence credit for the time you spent on parole. **Exception: For cases heard in the 9th Circuit beginning on October 22, 1990, the Commission will exercise discretion, in accordance with 28 C.F.R. 2.52 (Appendix), prior to ordering the forfeiture of sentence credit for the time spent on parole.**

If the Commission finds that you absconded or otherwise refused to submit to parole supervision, the Commission may order that you not receive credit toward service of your sentence for that amount of time.

In addition, if you are a special parole term violator, you will not receive credit toward service of your sentence for the time you spent on parole.

## CHARGES:

**Charge No. 1 - Failure to Report Change in Residence.** On 4/17/06, Senior U.S. Probation Officer Messner made a home visit to the releasee's last known residence. At the time of the visit, the releasee's brother advised Senior U.S. Probation Officer Messner that the releasee no longer resided at that residence. On 4/19/06, the releasee informed Senior U.S. Probation Officer Messner that he still resided at his last reported residence. The releasee was instructed to remain at the residence between 11:00 a.m. and 5:00 p.m. so that a home visit could be made. A home visit was made at approximately 3:45 p.m. with unsuccessful results. The releasee's whereabouts are unknown. This charge is based on the information contained in the violation report dated 4/27/06 from Senior U.S. Probation Officer Mark Messner.
I ADMIT [ ] or DENY [ ] this charge.

---

Taylor, Jessie James
Reg. No. 78939-011

**Charge No. 2 - Failure to Report to Supervising Officer as Directed.** The releasee failed to report to his U.S. Probation Officer on 4/18/06 and 4/20/06 as directed. This charge is based on the information contained in the violation report dated 4/27/06 from Senior U.S. Probation Officer Mark Messner.
**I ADMIT [ ] or DENY [ ] this charge.**

**Preliminary Interview Is Required**              **Warrant Recommended By:**

                                                    _Mary Jo Williams_
Warrant Issued.................. **May 5, 2006**    Mary Jo Williams, Case Analyst
                                                    U.S. Parole Commission

Probation Office Requesting Warrant: **Northern District of California, Oakland**

**Taylor, Jessie James**
**Reg. No. 78939-011**