# EXHIBIT O

| | |
|---|---|
| U.S. Department of Justice<br>United States Parole Commission<br>5550 Friendship Boulevard<br>Chevy Chase, Maryland 20815-7201 | **Notice of Action** |

| | | | |
|---|---|---|---|
| Name: TAYLOR, Jessie | | Institution: | Oklahoma FTC |
| Register Number: 78939-011 | | Date: | November 30, 2007 |

As a result of the hearing conducted on November 20, 2007, the following action was ordered:

The result of your hearing on November 20, 2007 is that the violation found is not deemed sufficient for revocation. Reinstate to Supervision. All previously imposed conditions remain in effect. You shall report to your U.S. Probation Officer within 72 hours of your release.

THE ABOVE DECISION IS NOT APPEALABLE.

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

cc:  Victorville FCI
P. O. Box 5400
Adelanto, CA  92031

Julia Summers
Federal Public Defenders Office
Western District of Oklahoma
FTC Oklahoma
P. O. Box 898802-8802
Oklahoma City, OK  73159-8802

U.S. Probation Office
Northern District of California
1301 Clay Street, Suite 220-S
Oakland, CA  94612-5206

EXHIBIT
O

---

TAYLOR 78939-011                                             -1-                                             Clerk:   MDR
Queued: 11-30-2007 15:22:13 BOP-Oklahoma FTC | BOP-Victorville FCI | USPO-Northern District of California, Oakland |
FPD-Western District of Oklahoma, Oklahoma City-FTC |