JOSEPH P. RUSSONIELLO (CNB 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

OWEN P. MARTIKAN (CSBN 177104)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7241
   FAX: (415) 436- 7234
   owen.martikan@usdoj.gov

Attorneys for Respondent

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSIE TAYLOR, | No. C 07-5290 PJH |
|    Petitioner, | |
| v. | CERTIFICATE OF SERVICE |
| UNITED STATES OF AMERICA, | |
|    Respondent. | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned certifies that she caused the e-filed copies of

**THE UNITED STATES' RESPONSE TO HABEAS PETITION UNDER 28 U.S.C. § 2241 AND MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE UNDER 28 U.S.C. § 2255 AND EXHIBITS [E-FILED ON 1/9/2008].**

in the case of **JESSIE TAYLOR v UNITED STATES OF AMERICA, C 07-5290 PJH** to be served on the parties in this action, by placing a true copy thereof in a sealed envelope, addressed as follows which is the last known address:

JESSIE TAYLOR<br>
C/O PAMELA KALI<br>
9424 THERMAL STREET<br>
OAKLAND, CA 94605

_____ (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

_____ (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

__X__ (By USPS Regular Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

_____ (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    January 10, 2008

HUI CHEN
United States Attorney's Office