UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff and Respondent,<br><br>v.<br><br>JESSIE TAYLOR,<br>    Defendant and Petitioner.<br>_____/ | No. C 07-5290 PJH/<br>    CR 85-0929 CAL<br><br>**JUDGMENT** |

Pursuant to the Order Denying Petitioner's 28 U.S.C. §§ 2241 and 2255 petitions signed today, these actions are DISMISSED.

IT IS SO ORDERED AND ADJUDGED.

Dated: May 22, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge